CITY OF NEWARK v. COUNTY OF ESSEX.

September 19, 1978. Petition for certification granted. (See 160 *N. J. Super.* 105)

STATE OF NEW JERSEY v. SALVATORE RIZZO.

September 19, 1978. Petition for certification denied.

ROBERT STEVENS, A/K/A STANLEY J. GREENFIELD v. DIANNA HORTZ.

September 19, 1978. Petition for certification denied.

ARTHUR KEMP v.
BOARD OF EDUCATION OF MOORESTOWN.

September 19, 1978. Petition for certification denied.

SAMUEL BALCOM v. NEW JERSEY STATE PAROLE BOARD.

September 19, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM L. TOMPKINS.

September 19, 1978. Petition for certification denied.